IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

FRANKLIN HARVEY TURNER,
ADC #116865                                                                                                PLAINTIFF

v.                                          3:08CV00012HLJ

JESSE DOLLARS, et al.                                                                        DEFENDANTS

## ORDER

This matter is before the Court on plaintiff's motion to proceed in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983. However, plaintiff has not signed the complaint. Therefore, prior to ruling on the pending motion, plaintiff must submit a signed copy of the complaint to the Court. The Clerk is directed to forward to the plaintiff a copy of his complaint and such shall be returned to the Court within ten days of the date of this Order. Failure to comply with this Order will result in the dismissal without prejudice of plaintiff's complaint. See Local Rule 5.5(c)(2).

IT IS SO ORDERED this 31st day of January, 2008.

*Henry L. Jones, Jr.*
United States Magistrate Judge