IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

FRANKLIN HARVEY TURNER,
ADC #116865                                                                                            PLAINTIFF

v.                                          3:08CV00012 JMM/HLJ

JESSE DOLLARS, et al.                                                                          DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this   15   day of  April , 2008.


_____
United States District Judge

1