IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

FRANKLIN HARVEY TURNER,
ADC #116865                                                                                                          PLAINTIFF

v.                                                3:08CV00012HLJ

JESSE DOLLARS., et al.                                                                                       DEFENDANTS

ORDER

By Order dated May 7, 2008, this Court granted plaintiff's motion for reconsideration and re-opened this action (DE #13).  The Court further directed plaintiff to file an amended complaint, in accordance with the Court's February 28, 2008 Order.  Plaintiff filed an amended complaint (DE #15), and further supplemented such (DE #18) pursuant to this Court's June 3, 2008 Order (DE #16). Having reviewed the original and amended complaints, and construing them together, it now appears to the Court that service is appropriate.   Accordingly,

IT IS, THEREFORE, ORDERED that service is appropriate for the defendants Jesse Dollars, Dan Langston, Ron Harvey, and Ryan Hawkins.   The Clerk of the Court shall prepare summons for the defendants and the United States Marshal is hereby directed to serve a copy of the original (DE #2) and amended complaints (DE ##15, 18) and summons on defendants without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 18th day of June, 2008.

_____
United States Magistrate Judge