IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

FRANKLIN HARVEY TURNER,                                                              PLAINTIFF
ADC #116865

v.                                              3:08CV00012HLJ

JESSE DOLLARS, et al.                                                                DEFENDANTS

<u>ORDER</u>

By Order dated July 17, 2008, this Court directed defendants to provide the last-known address of defendant Ryan Hawkins, who has not yet been served (DE #29). Defendants have responded to the Court, stating they do not know of a Ryan <u>Hawkins</u>, but that they believe plaintiff is referring to an employee by the name of Ryan <u>Hankins</u> (DE #33). Defendants provide the last-known address of Mr. Hankins.   Accordingly,

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare summons for the defendant Ryan Hankins, and the United States Marshal is hereby directed to serve a copy of the summons and complaints (DE ##2, 18, 20) on defendant, at 2101 Windwood Circle, Paragould, Arkansas 72450, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 24th day of July, 2008.


_____
United States Magistrate Judge