IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

FRANKLIN HARVEY TURNER,
ADC #116865                                                                                          PLAINTIFF

v.                                               3:08CV00012HLJ

JESSE DOLLARS, et al.                                                                         DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date,

IT IS CONSIDERED, ORDERED AND ADJUDGED that plaintiff's complaint against defendants is hereby DISMISSED, without prejudice, for failure to prosecute.  The relief sought is denied.

IT IS SO ADJUDGED this 22nd day of January, 2009.


_____
United States Magistrate Judge